# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131100

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

BRANDON CASSISE,
        Plaintiff-Appellant,

v

                             SC: 131100
                             COA: 257299

WALLED LAKE CONSOLIDATED SCHOOLS,
DAVID BARRY, NICK CONTI, and CHUCK
APAP,
        Defendants-Appellees.

                             Oakland CC: 2003-052129-NZ

_____/

       On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

                                  Clerk

t0821